B. J. TRACY *v.* ELIZABETHTOWN L. & B. S. R. CO.

[Abstract Kentucky Law Reporter, Vol. 5—863.]

**Supersedeas.**

After a verdict in favor of appellee where it is sought to condemn land for a railroad, the appellee has a right to enter, and a supersedeas will not be issued to prevent it. The appellant has other remedies.

APPEAL FROM FAYETTE CIRCUIT COURT.

April 17, 1884.

OPINION BY JUDGE HARGIS:

The appellee had the right to enter so soon as the first verdict was rendered. If it has not pursued the terms of its charter authorizing the condemnation, the appellant has a remedy by injunction, trespass and ejectment, and it may be by other actions or proceedings, but he is not entitled to a supersedeas. Mills on Eminent Domain (1st ed.), § 90; *Tracy v. Elizabethtown L. & B. S. R. Co.,* 80 Ky. 259, 3 Ky. L. 813.

Rule *discharged.*

W. Lindsay, D. G. Falconer, J. H. Mulligan, for appellant.

Breckinridge & Shelby, for appellee.